[THE JUDICIARY.]

Orphans' Court.  Kent.  1822.

*Ridgely's Notebook IV, 72.*

Monday, August 5; Tuesday, August 6; Wednesday, August 7; Thursday, August 8.

ELIZABETH FARROW v. NATHAN FARROW, JAMES FARROW, SARAH FARROW, ELIZABETH FARROW, and FRANCIS ASBURY FARROW.

Orphans' Court.  Kent.  August 9, 1822.

*Ridgely's Notebook IV, 72.*